**IN THE UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XEROX CORPORATION, a corporation,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br><br>ARGO NATURAL HEALTH LABS, INC., a California corporation; ELIZABETH CASTILLO aka ELIZABETH CAMPILLO GIRON, an individual,<br><br>　　　　　　　　Defendants. | Case No. 14cv1621-WQH-WVG<br><br>**JUDGMENT**<br><br>Judge William Q. Hayes |

TO ALL INTERESTED PARTIES:

Upon reading Plaintiff's Motion for Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment against Defendants ARGO NATURAL HEALTH LABS, INC., a California corporation; and ELIZABETH CASTILLO aka ELIZABETH CAMPILLO GIRON, an individual, is granted as follows:

<u>Judgment entered:</u>

Damages: $122,971.29.

Prejudgment interest pursuant to the written lease agreement of 10% per annum from August 20, 2013 to January 5, 2015: $16,946.45.

1
JUDGMENT

1      Costs of suit in the sum of $642.50;

2      Attorney's fees in the sum of $2,835.00;

3      Total: $143,395.24

4      Plus possession of the following equipment identified by their respective serial numbers under the Agreement:

6      a)     ONE (1) XEROX X770 (X770 DIG CLR PRESS)

7               D4 Z-FOLDER, OVER HICAP FEED-2TRY, LT PROD C BOOK MAKER,

8               CUSTOMER ED, ANALYST SERVICES - SERIAL NO. CX0061093

9               ONE (1) XEROX EX770 (X770 FIERY)

10              SEQUENCE SUIE KIT, CUSTOMER ED, ANALYST SERVICES

11              SERIAL NO. FB7416052

12 DATED: January 8, 2015

*[signature]*
**WILLIAM Q. HAYES**
United States District Judge